THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NATHAN L. RAYMOND, Appellant.

(Argued December 6, 1932; decided January 10, 1933.)

*David P. Siegel, Emanuel Schoenzeit, Milton B. Season-wein* and *Perry Ausschnitt* for appellant.

*Thomas C. T. Crain, District Attorney (Joshua Egelson* of counsel), for respondent.

Judgment affirmed under section 542 of the Code of Criminal Procedure; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, LEHMAN and KELLOGG, JJ.